UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-01-79 |
| Consuelo De Anda | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Consuelo De Anda:

A. Principal of $4,807.11, plus

B. Prejudgment interest from January 10, 2001, at $0.59 per day until the date of judgment, plus

C. Attorney's fees of $550.00 and all costs of court, plus

D. Post-judgment interest at __3.70__ % per annum.

Signed _____, 2001.

_____
United States District Judge

AGREED:

_____     _____
Consuelo De Anda                    Attorney for the United States

STATE OF TEXAS §
COUNTY OF CAMERON §

This instrument was acknowledged before me on the __20__ day of __March__, 2001, by Consuelo De Anda who stated to me that he/she signed the same for the purposes and considerations therein expressed.

*Angela P. Sandoval*
Notary Public - State of Texas

My Commission Expires:
December 06, 2002

ANGELA P. SANDOVAL
Notary Public, State of Texas
My Commission Expires
December 06, 2002